

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 13 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0196                    DATE: 3/13/2015
    COA #: 12-13-00035-CV      TC#: 2011-115
STYLE: CYNTHIA KAY LYLES
    v. AARON JORDAN, ET AL.

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 15, 2015**.

                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX  75702